# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 31st day of October, two thousand and twenty-three,

Robert Craig Cassidy,

    Plaintiff - Appellant,

v.

New York State Insurance Fund, New York State Workers' Compensation Board, Honorable Letitia James, Attorney General of the State of New York, Brian M. Matula, Joseph Slater, Personally, Kelsey Lynn Raga, Personally, Freida Foster, Member of the New York State Workers' Compensation Board, Personally, Ellen O. Paprocki, Member of the New York State Workers' Compensation Board, Personally, Linda Hull, Member of the New York State Workers' Compensation Board, Personally, Frederick M. Ausill, Member of the New York State Workers' Compensation Board, Personally, Loren Lobban, Member of the New York State Workers' Compensation Board, Personally, Steven A. Crain, Member of the New York State Workers' Compensation Board, Personally, Mark R. Stasko, Member of the New York State Workers' Compensation Board, Personally, Samual G. Williams, Member of the New York State Workers' Compensation Board, Personally, Mark Higgins, Member of the New York State Workers' Compensation Board, Personally, Darlene Dorsett, Member of the New York State Workers' Compensation Board, Personally,

    Defendants- Appellees.

**ORDER**
Docket No. 23-496

IT IS HEREBY ORDERED that Appellant's motion to accept a late file brief is GRANTED.

    For The Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court

